IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
OCT 09 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:19-CR-00020 LJO/SKO

PABLO G. RIVERA

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Pablo G. Rivera | |
| Detained at: | Fresno County Jail | |
| Detainee is: | a.) | ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. § 111(a)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on October 11, 2019 in the Eastern District of California at 2:00 p.m.*

| | |
|---|---|
| Signature: | /s/ Justin Gilio |
| Printed Name & Phone No: | Justin Gilio; 559/497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on October 11, 2019, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/9/19

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | 1911452 | DOB: | 06/27/1984 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | 559 600-8600 | FBI#: | 581061KC7 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

_____
(signature)