IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
DEC 04 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:19-CR-00020 LJO/SKO

PABLO G. RIVERA

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Pablo G. Rivera
Detained at: Fresno County Jail
Detainee is: a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 111(a)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on December 16, 2019 at 1:00 p.m. in the Eastern District of California.*

Signature: /s/Justin J. Gilio
Printed Name & Phone No: Justin J. Gilio (559/497-4000)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on December 16, 2019 at 1:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/4/19

/s/ Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒Male ☐Female |
| Booking or CDC #: | 1911452 | DOB: 06/27/1984 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: |
| Facility Phone: | 559/600-8600 | FBI#: |
| Currently | | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)