IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>           v.<br><br>**PABLO G. RIVERA**<br><br>                    Defendant. | CR NO:   1:19-CR-00020 NONE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Pablo G. Rivera
Detained at:   Fresno County Jail
Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
                         charging detainee with:   18 U.S.C. § 111(a)(1)
        or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
        or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                         is currently being served at the detaining facility

*Appearance is necessary on August 21, 2020 at 8:30 a.m. in the Eastern District of California.*

Signature:   /s/ Justin J. Gilio
Printed Name & Phone No:   Justin J. Gilio (559/497-4000)
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on August 21, 2020 at 8:30 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   July 20, 2020

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | | ☒ Male   ☐ Female | |
| Booking or CDC #: | 1911452 | DOB: | 06/27/1984 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | |
| Facility Phone: | 559/600-8600 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                                (signature)