**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

                Plaintiff,

         v.                        CR NO:   1:19-CR-00020 NONE

**PABLO G. RIVERA**

                Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Pablo G. Rivera | |
| Detained at: | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint  charging detainee with: 18 U.S.C. § 111(a)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on November 13, 2020 at 8:30 a.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio (559/497-4000) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on November 13, 2020, at 8:30 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 18, 2020

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1911452 | DOB: | 06/27/1984 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | |
| Facility Phone: | 559/600-8600 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
                                              (signature)