P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Pablo Rivera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>PABLO RIVERA,<br><br>                    Defendant. | CASE NO. 1:19-CR-00020-001<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: November 21, 2024<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on November 21, 2024. The parties agree and stipulate to continue the status conference until November 26, 2024, to accommodate the schedule of counsel.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on November 21, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **November 26, 2024, at 2:00 p.m.**

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

IT IS SO STIPULATED.

Dated: November 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: November 19, 2024

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
PABLO RIVERA

## ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for November 21, 2024 at 2:00 p.m. is continued to November 26, 2024 at 2:00 p.m. No exclusion of time is necessary because the matter concerns a supervised release violation. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **November 20, 2024**

STANLEY A. BOONE
United States Magistrate Judge