P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Pablo Rivera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>PABLO RIVERA,<br><br>                              Defendant. | CASE NO. 1:19-CR-00020-001<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: November 26, 2024<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on November 26, 2024. The parties agree and stipulate to continue the status conference until December 4, 2024. Defense counsel needs additional time to meet with Mr. Rivera and to negotiate a resolution with the government and probation.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on November 26, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **December 4, 2024, at 2:00 p.m.**

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated: November 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: November 22, 2024

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
PABLO RIVERA

**ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for November 26, 2024 at 2:00 p.m. is continued to December 4, 2024 at 2:00 p.m. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated: **November 25, 2024**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE