P. Jarrett Cline, SB 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, California 93721
Telephone: (559) 617-4444
Email: Jarrett@559law.com

Attorney for Defendant
Pablo Rivera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>PABLO RIVERA,<br><br>Defendant. | CASE NO. 1:19-CR-0020<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF P. JARRETT CLINE AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On 11/20/24, CJA Panel Attorney P. Jarrett Cline was appointed as counsel to represent Mr. Rivera in his supervised release violation case. Mr. Rivera was sentenced on January 13, 2025. The time for filing a direct appeal was January 27, 2025. No direct appeal was filed. Mr. Rivera was in custody at the time of sentencing. The supervised release violation phase of Mr. Rivera's case has come to an end. Having completed his representation of Mr. Rivera, CJA Attorney, P. Jarrett Cline now moves to terminate his appointment under the Criminal Justice Act.

//

//

//

//

//

The Law Office of
Jarrett Cline

Should Mr. Rivera require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: February 5, 2025                              Respectfully Submitted,


                                                     s/ P. Jarrett Cline
                                                     P. JARRETT CLINE
                                                     Attorney for Pablo Rivera


### [~~PROPOSED~~ ORDER]

Having reviewed the notice and found that attorney P. Jarrett Cline has completed the services for which he was appointed, the Court hereby grants attorney P. Jarrett Cline's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Pablo Rivera

Federal Bureau of Prisons

320 First Street, NW

Washington, DC 20534

**IT IS SO ORDERED**

Dated: February 6, 2025

UNITED STATES DISTRICT JUDGE

The Law Office of
Jarrett Cline